FANNIE B. WHEELER, PLAINTIFF IN ERROR, v. UNITED
STATES CASUALTY COMPANY, DEFENDANT IN ERROR.

Argued December 1, 1905—Decided June 18, 1906.

On error to the Supreme Court.

For the plaintiff in error, *McDermott & Enright.*

For the defendant in error, *Frank H. Sommer.*

PER CURIAM.

The contract sued upon in this case was construed in the
Supreme Court, in the opinion of Mr. Justice Dixon, re-
ported in 41 *Vroom* 370, upon which judgment was entered
on a demurrer to counts in the declaration, and we find no
error in the construction then given.

The declaration was thereafter amended, and a demurrer
was interposed to the first and second counts. The demurrer
was sustained in the Supreme Court, and judgment for de-
fendant was entered thereon.

In the opinion delivered in the Supreme Court by Mr.
Justice Swayze, reported in 42 *Vroom* 396, the demurrer was
held to be good as to the first count of the declaration, be-
cause, among other things, it pleaded a waiver of a provision
of the contract sued upon, without averring that the waiver
was by such a writing as was required by the express terms
of the contract, which contract was annexed to and made part
of the declaration.

As it is unnecessary to the decision of this cause, we are
unwilling to express approval of this doctrine, which seems
inconsistent with the doctrine in respect to pleading, in a
declaration, contracts required to be in writing by the statute
of frauds. *Wilkinson-Gaddis Company* v. *Van Riper,* 34
*Vroom* 394. But for the other reasons given in the opinion

of Mr. Justice Swayze for sustaining the demurrer to both counts, we think the judgment should be affirmed.

*For affirmance*—The Chancellor, Chief Justice, Garretson, Hendrickson, Reed, Vredenburgh, Vroom, Green, Gray.    9.

*For reversal*—Fort, Pitney, Bogert, Dill.    4.